# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 25, 2022

## NO. 03-21-00086-CV

**Texas Mutual Insurance Company, Appellant**

**v.**

**Hofer Builders, Inc. and Hartford Underwriters Insurance Company, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND SMITH**
**REVERSED AND RENDERED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on January 22, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment declaring that Texas Mutual Insurance Company is not liable to Hofer Builders, Inc. or Hartford Underwriters Insurance Company for the Louisiana workers' compensation benefits paid to David Hope. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.